IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                    Plaintiff,

  -vs-

                                                                          12-CV-770S

Adam Jagow, Discover Bank, People of the
State of New York, John Doe, Mary Roe, and
XYZ Corporation, "JOHN ROE AND JANE ROE", it
being the intention to name unknown persons to
Mary E. Marsh, deceased, who are husbands,
widows, grantees, mortgagees, lienors, heirs,
devisees, distributees and successors in
interest of such of those as may be dead
and their husbands and wives, heirs, devisees,
distributees and successors in interest,

                                    Defendants.
_____

## **ORDER FOR SERVICE BY PUBLICATION ON DEFENDANT**

      Upon the Petition of the plaintiff, upon all the pleadings and proceedings in this action, by all of which it appears to the satisfaction of this Court that plaintiff is in all respects entitled to the relief herein granted, it is:

      ORDERED that a copy of this Order together with a copy of the Summons be served on "JOHN ROE AND JANE ROE", it being the intention to name unknown persons to Mary E. Marsh, deceased, who are husbands, widows, grantees, mortgagees, lienors, heirs, devisees, distributees and successors in interest of such of those as may be dead and their husbands and wives, heirs, devisees, distributees and

successors in interest," shall be published once a week for six consecutive weeks in The Buffalo News, a newspaper of general circulation in Erie County, New York, where the real property is located.  A copy of the Summons is attached as Exhibit "A".

**SO ORDERED**

**Dated:  Buffalo, New York April 17, 2014**

<u>s/William M. Skretny</u>
**WILLIAM M. SKRETNY
Chief Judge
United States District Court**